2708896029          Christian Circuit Court                    10:04:34 a.m.    05-29-2015        2 /9

Generated:   05/11/2015

| AOC-S-105   Sum Code: CI | | Case Number | 15-CI-00472 |
| Rev. 7-99 | | Court | CI |
| **Commonwealth of Kentucky** | | County | CHRISTIAN |

**Commonwealth of Kentucky**
**Court of Justice**
CR 4.02; Cr Official Form 1



Civil Summons

*Plantiff*, STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,  , ET AL, *Defendant*

ADVANCED CORRECTIONAL HEALTHCARE
3922 W BARRING TRACE
PEORIA              IL     61615

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, GARY HADDOCK

By *K Meacham*                                          , DC

Date: 05/11/2015

---

Proof of Service

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To:

[ ] Not Served because:

Date:                                                          ed by

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   15-ci-472
   Advanced Correctional
   Healthcare
   3922 W Barring Trace
   Peoria, IL 61615

2. Article Number
   (Transfer from service label)        7014 3490 0001 0855 0409

PS Form 3811, July 2013          Domestic Return

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®      ☐ Priority Mail Express
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☑ Yes

70001 0855040c

EXHIBIT
A

2708896029      Christian Circuit Court                          10:05:55 a.m.   05-29-2015      3/9

αυιϽυϹ ≠ 7ϐ ϽϽϽ                                                  Generated:   05/11/2015

AOC-S-105    Sum Code: CI                                    Case Number **15-CI-00472**
Rev. 7-99
                                                            Court   CI
**Commonwealth of Kentucky**                                County  CHRISTIAN            6 10
**Court of Justice**
CR 4.02; Cr Official Form 1                                  LED
                                                            Civil Summons
                                                            14   PM 4 09

*Plaintiff,* STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,   , ET AL   GARY HADDOCK
                                                            CLERK CHRISTIAN CO.
CHRISTIAN COUNTY JAIL,                                      CIRCUIT BY          D.C.
410 W 7TH STREET
HOPKINSVILLE             KY    42240                                    R E C E I V E D

                                                                       MAY 12 2015

The Commonwealth of Kentucky to the above-named Defendant(s):           CHRISTIAN CO. SHERIFF DEPT.

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

                                        Circuit/District Clerk, GARY HADDOCK

                                        By  K Meacham                    , DC
                                        Date: 05/11/2015

──────────────────────────────────────────────────────────────────
                              **Proof of Service**
[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
     To: _Christian county Jail_
[ ] Not Served because: _____
Date: _5-14_ , _2065_                                     _____
                                                          Served by
──────────────────────────────────────────────────────────────────

CI    15-CI-00472
STOKLEY, JOHN  VS. CHRISTIAN COUNTY JAIL,  , ET AL

2708896029   Christian Circuit Court

10:06:49 a.m.   05–29–2015   4 /9

Generated:   05/11/2015

**AOC-S-105   Sum Code: CI**
Rev. 7-99

**Commonwealth of Kentucky**
**Court of Justice**
CR 4.02; Cr Official Form 1

Case Number **15-CI-00472**

Court CI

CHRISTIAN County   CHRISTIAN

GARY J. HADDOCK
CLERK

**Civil Summons**

Plantiff, STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,  , ET AL, *Defendant*

DOE, JANE,
SUPERVISING NURSE
410 W 7TH STREET
HOPKINSVILLE          KY      42240

RECEIVED
MAY 1 2 2015
CHRISTIAN CO. SHERIFF

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, GARY HADDOCK

By _K Meacham_ , DC

Date: 05/11/2015

**Proof of Service**

[ ✓ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
    To:   _Lindsey Harper_

[  ] Not Served because:

Date: _5-14_    _2015_                                    Served by

CI   15-CI-00472

STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,  , ET AL



2708896029          Christian Circuit Court                    10:07:42 a.m.     05-29-2015        5/9

                                                                        Generated:   05/11/2015

AOC-S-105    Sum Code: CI                              Case Number  **15-CI-00472**
Rev. 7-99                                                    Court  CI
Commonwealth of Kentucky                                    County  CHRISTIAN
Court of Justice                              FILED
CR 4.02; Cr Official Form 1
                                              Civil Summons

*Plantiff,* STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,   , ET AL, *Defendant*

RECEIVED
MAY 12 2015
CHRISTIAN CO. SHERIFF DEP'T.

HOWARD, STEVE  CHIEF DEPUTY JAILER,
410 W 7TH STREET
HOPKINSVILLE          KY    42240

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document
delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days
following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the
attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on
the document delivered to you with this summons.

                                        Circuit/District Clerk, GARY HADDOCK

                                        By KMeacham                    , DC

                                        Date: 05/11/2015

**Proof of Service**

[ ✓ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: _Steve Howard_

[ ] Not Served because:

Date: _5-04_ , 20_05_                                    Served by

CI    15-CI-00472
STOKLEY, JOHN  VS. CHRISTIAN COUNTY JAIL,  , ET AL



2708896029   Christian Circuit Court                    10:08:37 a.m.   05-29-2015        6/9

Generated:   05/11/2015

AOC-S-105   Sum Code: CI                                      Case Number 15-CI-00472
Rev. 7-99                                                           FILED Court CI
                                                              GARY J. HADDOCK, CLERK CHRISTIAN
Commonwealth of Kentucky                                                County CHRISTIAN
Court of Justice                                          MAY 1 4 2015
CR 4.02; Cr Official Form 1
                                                Civil Summons CHRISTIAN COUNTY, KENTUCKY
                                                                     D.C.

Plaintiff, STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,   , ET AL, Defendant

        ZANDER, CHRIS  DEPUTY JAILER,                        R E C E I V E D
        410 W 7TH STREET
        HOPKINSVILLE              KY    42240                    MAY 1 2 2015

                                                          CHRISTIAN CO. SHERIFF DEPT.

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document
delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days
following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the
attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on
the document delivered to you with this summons.

                                                Circuit/District Clerk, GARY HADDOCK

                                                By _K Meacham_____, DC

                                                Date: 05/11/2015

[ ] This Summons was served by delivering a true copy and the complaint (or other initiating document)
    To:
[ ] Not served because:

Date:

CI   15-CI-00472
STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,   , ET AL

2708896029       Christian Circuit Court          10:10:00 a.m.    05−29−2015     7/9
                                                                    Generated:   05/11/2015

| AOC-S-105    Sum Code: CI | | Case Number **15-CI-00472** |
| Rev. 7-99 | | Court CI |
| **Commonwealth of Kentucky** | | Filed  CHRISTIAN |
| **Court of Justice** | | |
| **CR 4.02; Cr Official Form I** | **Civil Summons** 2015 MAY 14 PM 4 09 | |

*Plantiff*, STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL,  , ET AL, *Defendant*     GARY J. HADDOCK
                                                                  CLERK CHRISTIAN CO.
         BOYD, BRAD  JAILER,                                     CIRCUIT BY   **RECEIVED**
         410 W 7TH STREET
         HOPKINSVILLE          KY    42240                                MAY 12 2015

The Commonwealth of Kentucky to the above-named Defendant(s):             CHRISTIAN CO. SHERIFF DEPT.

**You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.**

**The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.**

Circuit/District Clerk, GARY HADDOCK

By  *K Meacham*                    , DC

Date: 05/11/2015

| Proof of Service |
| [✓] This Summons was served by delivering a true copy and the Complaint (or other initiating document) |
| To: *Brad Boyd* |
| [ ] Not Served because: |
| Date: *5-14* , 2015            Served by |

CI   15-CI-00472

STOKLEY, JOHN  VS. CHRISTIAN COUNTY JAIL,  , ET AL

2708896029         Christian Circuit Court                    10:10:54 a.m.    05-29-2015         8/9

                                                                                    Generated:    05/11/2015

| AOC-S-105    Sum Code: CI | | Case Number **15-CI-00472** |
| Rev. 7-99 | | Court   CI |
| Commonwealth of Kentucky | 2015 ... 4 09 | County   CHRISTIAN    610 |
| Court of Justice | | |
| CR 4.02; Cr Official Form 1 | Civil Summons | |

*Plantiff*, STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL, ET AL, Defendant 80.

CIRCUIT BY *[signature]*

**R E C E I V E D**

MAY 1 2 2015

CHRISTIAN CO. SHERIFF DEPT.

PAULIUS, CHARLES, MD,
SUPERVISING PHYSICIAN
410 W 7TH STREET
HOPKINSVILLE          KY     42240

**The Commonwealth of Kentucky to the above-named Defendant(s):**

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, GARY HADDOCK

By *K Meacham* , DC

Date: 05/11/2015

[ ] This Summons was served by delivering a true copy and the complaint or other initiating document
To: _____

[ ] Not Served Because: _____

Date: _____

CI    15-CI-00472
STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL  , ET AL

2708896029      Christian Circuit Court                    10:12:17 a.m.      05-29-2015        9/9

                                                                        Generated:    05/11/2015

AOC-S-105    Sum Code: CI                                    Case Number  15-CI-00472
Rev. 7-99                                                    Court   CI
                                                             County  CHRISTIAN
**Commonwealth of Kentucky**
**Court of Justice**
**CR 4.02; Cr Official Form 1**                     2015        PM 4 08
                                    Civil Summons

*Plaintiff,* STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL, , ET AL, *Defendant*    R E C E I V E D
                                                            CLERK
                                    CIRCUIT BY           D.C.
ADVANCED CORRECTIONAL HEALTHCARE                        MAY 1 2 2015
410 W 7TH STREET
HOPKINSVILLE          KY    42240
                                            CHRISTIAN CO. SHERIFF DEPT.

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document
delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days
following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the
attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on
the document delivered to you with this summons.

                                            Circuit/District Clerk, GARY HADDOCK

                                            By Meacham                      , DC
                                            Date: 05/11/2015

                                    **Proof of Service**
[  ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: *Advanced Correctional Healthcare*

[  ] Not Served because:

Date: 5-14-     2015                                              Served by

CI    15-CI-00472
STOKLEY, JOHN   VS. CHRISTIAN COUNTY JAIL, , ET AL

COMMONWEALTH OF KENTUCKY
CHRISTIAN CO. CIRCUIT COURT
CASE NO. 15-CI-00472
Division I

FILED
2015 MAY 11   PM 12 41

GARY J. HAUGHT
CLERK CHRISTIAN CO.
CIRCUIT BY ___ D.C.

JOHN STOKLEY                                    PLAINTIFF

V.

CHRISTIAN CO. JAIL
BRAD BOYD, JAILER
STEVE HOWARD, CHIEF DEPUTY JAILER; COLONEL
CHRIS ZANDER, DEPUTY JAILER
ADVANCED CORRECTIONAL HEALTHCARE
CHARLES PAULIUS, MD, SUPERVISING PHYSICIAN
JANE DOE, RN, SUPERVISING NURSE

                                    DEFENDANT(S)

## CIVIL TORT CLAIM

### I. JURISDICTION AND VENUE

1. This is a civil tort authorized by the Kentucky Constitution and Kentucky Law to redress the deprivations and injuries suffered by the Plaintiff through actions of the Defendants. The Plaintiff seeks damages which meet the threshold for jurisdiction by this Court.

2. The Christian County Circuit Court is the appropriate venue for this claim because Christian County is where the events giving rise to this Claim occured.

## II. PLAINTIFF

3. Plaintiff, John Stokley, is and was at all times mentioned herein a prisoner of the State of Kentucky in the custody of the Kentucky Department of Corrections. He is currently confined at the Fulton County Detention Center.

4. During the time the actions discussed herein occurred the Plaintiff was located at the Christian County Jail. The Plaintiff was transferred to several jails (3) after that where he has continued to suffer mental and physical pain and suffering due to the actions which occurred at the Christian Co. Jail.

## III. DEFENDANTS

5. Defendant Christian Co. Jail is the jail that the Plaintiff was housed when the Defendants actions against the Plaintiff occurred. This jail and it's employees were legally responsible for the Plaintiff's safety and wellbeing which included insuring that the Plaintiff received adequate medical care.

6. Defendant Brad Boyd is the Jailer at the Christian Co. Jail who, at all times mentioned in this complaint was legally responsible for ~~do~~ the operation of the jail and insuring the Plaintiff's safety and wellbeing.

2.

7. Defendant Steve Howard is a Colonel and the Chief Deputy Jailer at the Christian Co. Jail who, at all times mentioned in this complaint was responsible for day to day operations of the facility and it's staff. Colonel Howard was directly involved in handling matters discussed in this complaint.

8. Defendant Chris Zander is a deputy at the Christian Co. Jail who, was the party responsible for administering the incorrect ~~medication~~ medication to the Plaintiff.

9. Defendant Advanced Correctional Healthcare (ACH) is the company who provides medical services to prisoners at the Christian Co. Jail. ACH is responsible for insuring inmates receive adequate medical care and ~~are~~ are legally responsible for the medical providers who administer this care.

10. Defendant Charles Paulius, M.D., is the Chief physician at the Christian Co. Jail who, is responsible for providing care, prescribing medications and treatments, and supervising the nurses who administer this care.

11. Jane Doe, is the supervising nurse at the Christian Co. Jail who, is responsible for overseeing the day to day medical operations at the facility (not requiring a doctor) and who supervises the other nurses who administer care to the inmates. This Defendant's

3.

name is not known at this time, but will be made known as soon as it is discovered by the Plaintiff.

# IV. FACTS

12. On Tuesday, May 6, 2014 during evening medication distribution at Christian Co. Jail, Plaintiff was given the incorrect medication by deputy Chris Zander. Deputy Zander gave the Plaintiff another inmate's effexor prescription. After the Plaintiff had ingested the medication the officer noticed the error and informed the Plaintiff. The Deputy then also distributed the Plaintiff's prescribed medication which he also ingested.

13. On the evening of May 6, 2014, after ingesting the medications distributed by Chris Zander the Plaintiff became extremely dizzy and disoriented. The Plaintiff attempted to get into his bed and struck his face on a shelf next to his bed, either due to a blackout/fainting episode, seizure, or due to extreme vertigo caused by the medications. The Plaintiff then either passed out or immediately fell asleep once he made it into his bed.

14. On May 7, 2014, the Plaintiff awoke with a very large knot on his jaw from striking his face the previous evening. The Plaintiff experienced extreme pain, and difficulty in opening his mouth to eat or chew.

15.   The swelling, pain, and stiffness in the Plaintiff's jaw had not improved by May 11, 2014. The Plaintiff submitted a sick call request form the morning of May 12, 2014, in order to try and seek remedy for the issues.

16.   Plaintiff also submitted a grievance to Col. Steve Howard (Defendant) outlining the events which caused this injury (see paragraphs 12 thru 14 herein). This grievance was submitted on Monday, May 12, 2014, along with the medical request form.

17.   On the morning of May 12, 2014, Plaintiff was called to medical. When entering the exam room two (2) nurses as well as Col. Howard (Defendants Howard and Doe present). Normally only one nurse is present to conduct an exam and to Plaintiff's knowledge Col. Howard is not normally present. Plaintiff's vitals and symptoms were then recorded, but no physical exam was performed. Defendant Howard proceeded to ask the Plaintiff several questions in a hostile and accusatory manner, making the Plaintiff very uncomfortable and giving him the impression that he was trying to lay blame for the situation on the Plaintiff. Defendant Howard asked why the Plaintiff waited six (6) days to file a grievance or a medical request; Plaintiff responded saying that he had hoped the symptoms would go away over time, but they only got worse; that medical does not see inmates on weekends; and, that he gets limited funds and did not want to pay 20.00 for the medical visit, but quickly relented when symptoms grew progressively worse,

the pain became extreme, and opening his jaw to eat became very difficult and almost unbearably painful. ~~The~~ Defendant Howard made the statement he was not even sure if the Plaintiff received the wrong medication; Plaintiff replied deputy Zander claimed he would log the incident and report it to medical and his shift supervisor, when the incident occurred. Defendant Howard asked what happened (incident) and what was wrong with the Plaintiff (injury); Plaintiff gave a description of the incident leading up to the injuries and said he feared his jaw may be broken. Defendant Howard stated that if Plaintiff's jaw was broken he would not be speaking. Plaintiff was told to return to his cell.

18. On May 12, 2014, shortly after returning to his cell from medical the Plaintiff was told via the intercom ~~in~~ in his cell to report to the facilitie's law room. After a short wait Defendants Howard and Doe entered the law room to speak to the Plaintiff. Defendant Howard said they had found out that the incorrect medication that was given to the Plaintiff was effexor. Defendant Howard said that effexor is prescribed for the same reasons as the Plaintiff's prescribed medication (wellbutrin) and therefore ingesting the effexor should not have had any adverse effects; the Nurse (Doe) was nodding her head in agreement to Col. Howard's statements. Plaintiff stated he was given the incorrect meds in addition to the 400 mg of Wellbutrin he receives daily. Plaintiff stated he was told by the prescribing psychologist that 400 mg. was

the maximum dosage he prescribed due to the fact that higher doses posed a very increased risk of inducing seizures. The Plaintiff stated he had never experienced these symptoms with the exception of when he was given the incorrect medication and he believed the effexor, alone or in combination, with his medication, was what induced his symptoms which led to his injury. Defendant Howard simply stated that he did not think the Plaintiff's jaw was broken and told him to return to his cell.

19. On the afternoon of May 12, 2014, the Plaintiff reported to the "law room" to utilize the typewriter. While in the law room Defendant Howard entered and provided the Plaintiff a copy of the grievance he had submitted that morning. This copy had a short response from Col. Howard at the bottom of the page which only stated that the medication the Plaintiff received was 75 mg. of effexor and should not have caused dizziness, and that an x-ray was ordered by the jail doctor. The Plaintiff stated that he had been given 2 pills of effexor and ~~the~~ Col. Howard changed the response to state the correct amount of pills. The Plaintiff stated that the response left out the fact he received the incorrect medication in addition to his prescribed medication. Defendant Howard did not reply, but left the room.

20. On the evening of May 12, 2014, a corrections officer came to the Plaintiff's cell to distribute medication. When the Plaintiff got to the window and gave his name to get his medication the

the officer ran off pushing the medication cart with him. When he returned to the Plaintiff's cell a few minutes later the officer was laughing making a joke out of the situation. After the officer distributed the Plaintiff's medication the officer to the Plaintiff to open his mouth. When the Plaintiff opened his mouth as much as he could the officer kept yelling widder (3-4 times). Finally the Plaintiff had to stop due to the pain and stated his jaw was injured and the officer knew that, and that he could not open his mouth any wider.

21. The Plaintiff was not prescribed anything for the pain, swelling or stiffness in his jaw until May 16, 2014 (see #22).

22. On May 16, 2014, the Plaintiff submitted a medical request stating he never received the results of the x-ray, and that the pain or stiffness in his jaw had not improved. The Plaintiff was not examined, but was prescribed 500 mg of asprin 2x per day for 5 days for his pain. This was the medical staff's first attempt to relieve the Plaintiff's pain.

23. On May 22, 2014, the Plaintiff submitted another medical request slip concerning his jaw and that he still did not receive the results of the x-ray preformed on May 12th. The Plaintiff was not taken to medical, but the slip was returned with the response the Plaintiff

had been added to the doctor's list.

24. On the morning of May 27, 2014, the Plaintiff was called to medical to see Defendant; Dr. Charles Paulius. The Defendant examined the Plaintiff and stated that with the persistant symptoms that his jaw may be fractured, and that he would order a second x-ray. This was the first physical exam of the Plaintiff's injury. That afternoon the second x-ray was taken, but again the Plaintiff did not receive the results. The Plaintiff was prescribed ibuprophen for pain and swelling.

25. On June 12, 2014, the Plaintiff was transferred to the Todd County Detention Center.

26. The Plaintiff experienced lasting intermittant pain in his jaw where he sustained the injury. Plaintiff still ~~expit~~ experiences pain to date.

27. Shortly after injuring his jaw the Plaintiff developed an absess tooth in the same area as the injury to his jaw. After the tooth was loose an absess developed. The Plaintiff was treated for the absess at Todd Co. Detention Center, but it persisted. The tooth had to be extracted a short period after, when he was transfered to Hopkins County Detention Center.

## IV EXAUSTION OF LEGAL REMEDIES

28. Plaintiff used the prisoner grievance procedure available at the Christian County Jail to attempt to resolve the issues discussed in this complaint. On May 12, 2014, the Plaintiff presented the facts concerning being administered the incorrect medication and the injury that resulted. On May 12, 2014, Defendant; Col. Steve Howard replied to the grievance, but only stated what medication was incorrectly administered and that an x-ray would be preformed. No attempt was made to adequately resolve the issue.

29. Plaintiff submitted grievances, by mail, to Defendant; Brad Boyd, Jailer of the Christian Co. Jail. These grievances detailed several issues including being administering the incorrect medication on May 6, 2014. Additionally, Plaintiff included a letter expressing his desire to resolve the issues without pursuing the Courts. These documents were sent between the dates of June 13 and June 20, 2014 (exact date not recorded). Defendant Brad Boyd did not respond and the issues were not resolved.

30. Plaintiff submitted a letter to Defendant; Advanced Correctional Healthcare on August 9, 2014 as a final attempt to resolve the issues discussed herein before pursuing legal action. The letter detailed several issues including the ones mentioned in this complaint. The Defendant failed to respond to the Plaintiffs letter and the issue was not resolved.

10.

# V. LEGAL CLAIMS

31.   Plaintiff realleges and incorporates by reference paragraphs 1-30.

32.   The Defendants were negligent by allowing jail employees to distribute medications when they should have been distributed by trained medical professionals.

33.   Defendant Chris Zander's actions resulted in the injuries to the Plaintiff. All Defendants share responsibility for the injuries due to their knowledge of proceedures which places inmates in great risk of injury or death. Normal jail proceedure is for officers, not medical staff, to distribute medications to the inmates.

34.   The actions and proceedures of the Defendants caused both immediate and lasting injury, pain and suffering to the Plaintiff. There may also have been injuries caused that have not yet been diagnosed.

35.   The Defendants failed to provide adequate medical care to the the Plaintiff before and after he was given the incorrect medication. This caused injuries, pain and suffering, and also placed the Plaintiff in great harm for additional injury.

36. Defendants: Advanced Correctional Healthcare; Charles Paulius; and, Jane Doe were medically negligent and they committed medical malpractice. They knowingly allowed untrained jail staff to distribute medication instead of medical staff when it placed the Plaintiff in great risk to injury like the one the Plaintiff suffered or worse. The Defendants were grossly negligent and failed to opperate within medical guidelines when they failed to properly treat the Plaintiff following his injuries, which caused pain and suffering and emotional distress.

37. The Defendants actions follow the initial injury to the Plaintiff showed dilliberate indifference and malicious intent to inflict pain and suffering on the Plaintiff.

38. The actions of the Defendants caused several injuries to the Plaintiff that will be long lasting or permenant.

39. The Defendants actions caused the Plaintiff servere ~~pain~~ and unecessary pain and suffering which the Plaintiff still experiences and will likely continue indeffinately.

40. The Defendants actions caused the Plaintiff emotional distress. Several of the Defendants actions were meant to intentionally inflict emotional distress. The Plaintiff still experiences emotional distress due to the Defendants actions which will likely continue indeffinately.

41. The Defendants actions ~~amounted~~ amounted to cruel and unusual punishment.

## VI. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully asks this Honorable Court enter judgement:

42. Granting Plaintiff a declaration that the acts and omissions described herein violated his rights; ~~and he is entitled~~ Kentucky and Federal law; and, U.S. and K.Y. Constitutions.

43. Granting Plaintiff compensatory damages and costs against each Defendant, jointly and severally.

44. Plaintiff seeks damages for his injuries and physical and mental/emotional pain and suffering against each Defendant.

45. Plaintiff seeks punitive damages from each Defendant.

46. All damages meet the threshold for jurisdiction of the Circuit Court.

47. Plaintiff seeks a Jury trial on all issues triable by a jury.

48. Plaintiff seeks recovery of the costs in this suit.

49. Any additional relief this Court deems just, proper, and equitable.

Dated: 5-6-15

Respectfully submitted,

*[signature]*

JOHN STOKLEY
FULTON CO. JAIL
2010 S. 7TH ST.
HICKMAN, KY 42050

## VERIFICATION

I hereby certify that the foregoing complaint and matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct.

Dated: 5-6-15

*[signature]*

JOHN STOKLEY

14

## CERTIFICATE OF SERVICE

The foregoing was mailed First-class, postage prepaid, this
6 day of May, 2015 to the following:

Christian Co. Jail;
Brad Boyd, Jailer;
Col. Steve Howard, Chief Deputy Jailer;
Chris Zander, Deputy Jailer;
Charles Paulius, M.D., Supervising Physician;
Jane Doe, Supervising Nurse
410 W. 7th Street
Hopkinsville, KY 42240

Advanced Correctional Healthcare
3922 W. Barring Trace
Peoria, IL 61615
CC:
410 W. 7th Street
Hopkinsville, KY 42240


JOHN STOKLEY
FULTON CO. JAIL
2010 S. 7th ST.
HICKMAN, KY 42050